## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:05-CV-1245** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **MELISSA M. ANGELO and VINCENT** | : | |
| **P. ANGELO, JR.,** | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 30th day of May, 2006, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 12) to confirm the March 21, 2006 United States Marshal sale of the foreclosed real property, located at 323 Market Street, Auburn, Pennsylvania, is GRANTED.  The United States Marshal is directed to execute and deliver to ROBERT J. HEWITT, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of MELISSA M. ANGELO and VINCENT P. ANGELO, JR. in and to the premises sold, located at 323 Market Street, Auburn, Pennsylvania, 17922.  Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

  /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge